## SPECKELMIRE ET AL. v. THE FIRST NATIONAL BANK OF DANVILLE.

. From the Hendricks Circuit Court.

*C. Foley*, for appellants.
*J. V. Hadley*, for appellee.

PERKINS, J.—The questions in this cause are decided in the case of *Johnson* v. *Meier*, *ante*, p. 98. For the reasons there given, the judgment in this case must be affirmed.

Affirmed, with costs.

---

## THE AMERICAN INSURANCE CO. v. ELLIOTT.

From the Wayne Circuit Court.

*T. J. Study* and *F. V. Anderson*, for appellant.

PERKINS, J.—The questions presented for decision in this case are the same as those presented in the case of *The American Ins. Co.* v. *Henley*, 60 Ind. 515 ; and, on the authority of that case, this is reversed, with costs, and the cause remanded, for further proceedings in accordance with this opinion.